UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

AUTUMN CHAMBERLAIN, *on behalf of herself and all others similarly situated*,

        Plaintiff,

  v.

NRA GROUP, LLC,

        Defendant.

CIVIL ACTION NO. 1:21-CV-00281

(MEHALCHICK, J.)

## ORDER

**AND NOW**, this 30th day of August, 2024, upon consideration of plaintiff Amber Chamberlain's ("Chamberlain") motion for class certification (Doc. 57) for the reasons set forth in the accompanying memorandum of law, it is hereby **ORDERED** as follows:

1. Chamberlain's motion for class certification (Doc. 57) is **GRANTED**. The following litigation class is **CERTIFIED** pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3):

   > All persons within the United States to whom NRA or its agent's and/or employee's sent a debt collection text message between November 19, 2020 and February 16, 2021, after said person had previously messaged "STOP," "Stop" or "stop" to NRA.

2. The Court hereby approves the following entity as Representative Plaintiff of the Class pursuant to Rule 23(a)(3), and finds that these Representative Plaintiff's claims are typical of the claims of the Class: *Amber Chamberlain*. The claims Chamberlain and absent class members rely on the same legal theories and arise from the same alleged conduct by the NRA, namely, sending unsolicited text messages after being sent a "STOP" text, allegedly a violation of the FDCPA.

3. After reviewing the Declarations of Stephen Taylor and Joshua Markovits (Doc. 57-2; Doc. 57-2), the court hereby also approves the following law firm as Class Counsel pursuant to Rule 23(g), and finds that these Class Counsel have and will fairly and adequately protect the interests of the Class: Lemberg Law, LLC.

4. The parties are directed to meet and confer on the subject of the best practicable notice to the class. See Fed. R. Civ. P. 23(c)(2)(B). The parties

shall submit to the court their proposed notice with twenty-one (21) days of this Order, on or before March 13, 2024. The parties shall be mindful that their proposed notice must comport with the requirements outlined in Rule 23(c)(2)(B)(i–vii).

**Dated: August 30, 2024**                                   *s/ Karoline Mehalchick*
                                                                                  **KAROLINE MEHALCHICK**
                                                                                  **United States District Judge**