**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

AUTUMN CHAMBERLAIN, *on behalf of herself and all others similarly situated*,

Plaintiff,

v.

NRA GROUP, LLC,

Defendant.

CIVIL ACTION NO. 1:21-CV-00281

(MEHALCHICK, J.)

**ORDER**

**AND NOW**, this 11th day of March, 2026, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Chamberlain's motion for summary judgment (Doc. 84) is **GRANTED**. The Clerk of Court is directed to enter judgment in Plaintiff's favor and close this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**